Succession of Duco.

## No. 7426.

## No. 7594.

### SUCCESSION OF ARMAND DUCO.

Where a devolutive appeal has been taken from a judgment homologating an administrator's final account, the creditors who have been paid their claims upon that account are necessary parties to the appeal.

APPEAL from the Second District Court of New Orleans. TISSOT, J.

*A. J. Villere* for Administratrix. *Benedict* for Heir Appellant.

The account was homologated November 22, 1878, the attorney for absent heirs having been duly cited. On September 25, 1879, the absent heirs presented themselves and obtained an appeal, praying for citation of the administratrix and all parties in interest. The errors assigned are the allowance of sundry amounts as charges against the succession which are excessive, and that the administra-

trix has not charged herself with a piece of land.  No one was cited but the administratrix.

SPENCER, J.  The reversal of the judgment could not affect the administratrix who had *bona fide* paid out the funds in obedience thereto.  Whatever rights appellants have would be against the creditors who have been paid, but these creditors are not before us The real estate has not been sold.  It still belongs to the succession subject to partition among the heirs.  If the administratrix had charged herself with its inventoried value, she would by the next stroke of the pen have credited herself with the same sum as value of unsold property.  The proper parties to the appeal are wanting.

*Appeal dismtssed.*